UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| **Case No.:** | 5:25-cv-02772-SSS-BFM | **Date:** | December 9, 2025 |

**Title:** *Henry Emeka Amadi v. Mark Bowen, et al*

================================================================

Present: The Honorable **Brianna Fuller Mircheff, United States Magistrate Judge**

| | |
|---|---|
| Christianna Howard | N/A |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:   (In Chambers) Order Denying Motion Requesting Appointment of Counsel (ECF 8)**

The Court has reviewed Petitioner's Request for the Appointment of Counsel. (ECF 8.) His Request is **denied without prejudice**.

Under 18 U.S.C. § 3006A(a)(2)(B), the Court has discretion to appoint counsel in connection with a habeas petition filed under § 2241 "where the interests of justice so require." The Court does not believe that the interests of justice require the appointment of counsel at this juncture. The Court has screened the Petition and ordered a response. Thus far, Amadi has been able to articulate his claim without the assistance of counsel, and nothing about the facts or the legal issues in his case is so complicated that counsel is required. Plaintiff's request for appointment of counsel (ECF 8) is therefore **denied** without prejudice to reconsideration in the future.

**IT IS SO ORDERED.**

cc:   Henry Emeka Amadi, pro se

Initials of Preparer:   ch

Page **1** of **1**