UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| **Case No.:** 5:25-cv-02772-SSS-BFM | **Date:** January 29, 2026 |

**Title:** *Henry Emeka Amadi v. Mark Bowen, et al*

================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| | |
|---|---|
| Christianna Howard | N/A |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) Order Regarding Notice to Court of Respondents' Withholding of Return from Petitioner (ECF 13)

    Petitioner filed a Notice to the Court of Respondent's Withholding Return from Petitioner (ECF 13.) In this notice, Petitioner states that he did not receive a copy of Respondents' answer and requests the Court order the Government to immediately serve its Return upon him, allow Petitioner reasonable time to reply, appoint counsel to represent Petitioner, and issue sanctions against Respondents. (ECF 13 at 4.) Indeed, Respondents' Answer does not include a proof of service or otherwise indicate that it was served upon Petitioner. (*See* ECF 12, 12-1.)

    In light of this lack of service, the Court orders Respondents to serve their Answer upon Petitioner **no later than February 2, 2026**. Petitioner may file a single Reply responding to matters raised in the Answer within **thirty days of the date of service of the Answer**. Any Reply filed by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the Answer; (b) shall be limited to facts or arguments responsive to matters raised in the Answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld until the Reply will not be considered unless the Court grants leave to amend

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**   5:25-cv-02772-SSS-BFM     **Date:**   January 29, 2026

**Title:**   *Henry Emeka Amadi v. Mark Bowen, et al*

===============================================================

the Petition. No Reply shall exceed ten pages in length absent advance leave of Court for good cause shown. Petitioner's requests for appointment of counsel and issuance of sanctions (ECF 13 at 4) are **denied**.

**IT IS SO ORDERED.**

cc:   Henry Emeka Amadi, pro se
      Erika Suzanne Rojas, AUSA

                                            Initials of Preparer:   ch