UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**Case No.:**  5:25-cv-02772-SSS-BFM         **Date:**  February 25, 2026

**Title:**  *Henry Emeka Amadi v. Mark Bowen, et al*

===================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) Order Regarding Request for Default Judgment (ECF 15)

On January 27, 2026, Petitioner filed a Notice of Respondent's Withholding Return from Petitioner (ECF 13.) In it, Petitioner stated that he did not receive a copy of Respondents' answer and requests the Court order the Government to immediately serve its Return upon him, allow Petitioner reasonable time to reply, appoint counsel to represent Petitioner, and issue sanctions against Respondents. (ECF 13 at 4.) Because it appeared Petitioner had not been served with the Answer, the Court ordered service and extended the date for Petitioner's traverse.

On February 20, 2026, Petitioner again brought to the Court's attention that he had not yet received a copy of the Answer. (ECF 15.) The day after that notice was docketed, Respondent filed a proof of service indicating that the Answer was placed in the mail today. (ECF 16.)

The Court will again extend Petitioner's deadline for filing of a traverse/reply to **March 25, 2026.** Any reply filed by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the Answer; (b) shall be limited to facts or arguments responsive to matters raised in the Answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld until the Reply will not be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**   5:25-cv-02772-SSS-BFM          **Date:**   February 25, 2026

**Title:**   *Henry Emeka Amadi v. Mark Bowen, et al*

================================================================

considered unless the Court grants leave to amend the Petition. No Reply shall exceed ten pages in length absent advance leave of Court for good cause shown.

Petitioner asks that the Court impose sanctions, find Respondents' counsel in contempt, or enter default judgment. Those requests are **denied**. Respondents' counsel's conduct falls below the standard of practice expected by this Court, but does not appear to have acted deliberately or in bad faith, as might warrant sanctions or contempt. A default judgment would not be appropriate because Respondents did file their answer.

**IT IS SO ORDERED.**

cc:   Henry Emeka Amadi, pro se
      Erika Suzanne Rojas AUSA

Initials of Preparer:   ch