UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:25-cv-02772-SSS-BFM | Date | April 1, 2026 |
|---|---|---|---|
| Title | *Henry Emeka Amadi v. Mark Bowen et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER DENYING PETITIONER'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND EMERGENCY MOTION FOR IMMEDIATE RELEASE [DKT. NOS. 20, 21]**

Before the Court is Petitioner's emergency Motion for Temporary Restraining Order and Preliminary Injunction and emergency Motion for Immediate Release filed on March 25, 2026. [Dkt. Nos. 20, 21]. Given the nature of Petitioner's motions being filed as emergency motions, the Court interprets Petitioner to have intended to file *ex parte* motions for relief. Respondents oppose the Motion. [Dkt. No. 22, "Opposition" or "Opp."].

To warrant *ex parte* relief, the moving party must be (1) irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures, and (2) is "without fault in creating the crisis that requires ex parte relief, or that the crisis occurred as a result of excusable neglect." *Mission Power Eng'g Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).

Based upon the Court's review of the record, it appears that the Magistrate Judge has ordered a supplementation of the record to determine the legal

sufficiency of the bond hearing conducted before an Immigration Judge held on November 21, 2024.  [Dkt. No. 23 at 1; *see also* Dkt. No. 20 at 2].  Given the Magistrate Judge is presently reviewing Petitioner's claim and awaiting additional materials required to reach a determination, the Court finds there is no basis for expedited relief.[1]

As such, the Court **DENIES** the Motions.  [Dkt. Nos. 20, 21].

**IT IS SO ORDERED**.

---

[1] To determine the grounds for relief that Petitioner may be entitled to, the Court would need to review the same materials requested by the Magistrate Judge. Therefore, the Court is unable to each a determination on the likelihood of success on the merits of Petitioner's Motions without supplementation of the record.