J S - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| HENRY EMEKA AMADI, | No. 5:25-cv-02772-SSS-BFM |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARK BOWEN, et al, | |
| Respondents. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is denied.

DATED: July 1, 2026

_____

HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE